## Clear Creek Lumber Co. v. Edwards.

*Ejectment.*

(Decided Nov. 21, 1905, 39 So. Rep. 1026.)

APPEAL from Elmore Circuit Court.
Heard before Hon. S. L. BREWER.

D. D. ASKEW, for appellant.

FRANK W. LULL, for appellee.

PER CURIAM.    Affirmed for want of assignment of error.

## Clear Creek Lumber Co. v. Speigner.

*Ejectment.*

(Decided Nov. 21, 1905, 39 So. Rep. 1026.)

APPEAL from Elmore Circuit Court.
Heard before Hon. S. L. BREWER.

D. D. ASKEW, for appellant.

FRANK W. LULL, for appellee.

PER CURIAM.    Affirmed for want of assignment of error.

## Crittenden v. The State.

*Crime.*

(Decided Jan. 18, 1906, 39 So. Rep. 1026.)

APPEAL from Pike Circuit Court.
Heard before Hon. H. A. PEARCE.

No counsel marked for appellant.

MASSEY WILSON, Attorney General for the State.

PER CURIAM.    Appeal dismissed.